# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                          Case No: 3:19-cr-192-HES-MCR

YANG YANG

_____/

## YANG'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY MOTIONS

Comes Now the Defendant, YANG YANG ("Yang"), by and through the undersigned counsel, to move this Honorable Court for an unopposed motion for a thirty (30) day extension of time from the current due date of November 19, 2019, to file discovery motions, in the above styled matter. In support of this motion, Yang states as follows:

Yang is currently being housed at the Baker County Detention Center.

The discovery has not yet been provided to counsel for Yang. The government has indicated that the discovery is voluminous so it will take undersigned counsel some time to review it all. Due to the above, Yang is requesting an extension of time to file discovery motions.

Assistant United States Attorney Michael Coolican indicated that the government is not opposed to the relief requested in this motion.

WHEREFORE, the Defendant, YANG YANG, respectfully requests that this

Honorable Court grant this unopposed motion and extend the deadline for the filing of discovery motions for thirty (30) days from the current due date of November 19, 2019, in the above styled matter.

        Respectfully submitted,

        KENT & McFARLAND
        ATTORNEYS AT LAW

        <u>s/William Mallory Kent</u>
        William Mallory Kent
        Florida Bar No. 0260738
        24 North Market Street
        Suite 300
        Jacksonville, FL 32202
        (904) 398-8000
        (904) 348-3124 FAX
        (904) 662-4419 Cell Phone
        kent@williamkent.com
        COUNSEL FOR YANG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and all counsel of record:

    Michael Coolican
    michael.coolican@usdoj.gov

        <u>s/William Mallory Kent</u>
        William Mallory Kent