UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 3:19-cr-192-J20MCR

FAN YANG, YANG YANG,
GE SONGTAO, and ZHENG YAN.

_____/

## ORDER

**THIS CAUSE** is before the Court following a pretrial conference (*See* Dkt. 69). The Court has been made aware that this case will involve the use and discovery of classified information. Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980). Pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information:

1. The Court **HEREBY APPOINTS** Carli Rodriguez-Feo, Security Specialist, as the Classified Security Officer in the above-captioned matter;

2. The Court **FURTHER APPOINTS** Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Matthew W. Mullery III, Maura L. Peterson,

Winfield S. "Scooter" Slade, and Harry J. Rucker III as Alternate Court Security Officers in the above-captioned matter.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of December, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Michael J. Coolican, AUSA
Charles L. Truncale, Esq.
William M. Kent, Esq.
Ryan E. McFarland, Esq.
Edward R. Shohat, Esq.
Henry M. Coxe, III, Esq.
Brian T. Coughlin, Esq.